UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ORLEANS GROCERY LTD.**  d/b/a **POOR BOY GROCERY AND MEAT MARKET AND EMAD AHMAD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-7207** |
| **MARTIN INSURANCE AGENCY, JOHN A. CHIANESE AND AAA CONTRACTOR SERVICES** | **SECTION: "C"** |

## ORDER

This matter comes before the Court on a motion to remand filed by the plaintiffs. Based on the record and the law, the Court has determined that remand is appropriate for the following reasons.

This case was removed on the basis of federal question jurisdiction under 42 U.S.C. § 4001, *et. seq.*, relative to the adjustment of policies issued under the National Flood Insurance Act ("NFIA"), 28 U.S.C. § 1331 and 28 U.S.C. § 1442, relating to claims against federal officers. However, the Court's reading of the petition indicates that a claim under a flood insurance policy is not being made, eliminating all of the defendants' basis for jurisdiction.[1] In this regard, the Court had joined the others who have recently confirmed that claims relating to

---

[1] The petition alleges that the defendants did not properly advise the plaintiffs on the availability of flood insurance and that they failed to procure flood insurance. There are no allegations regarding the administration or claims handling of an existing flood insurance policy issued pursuant to the NFIA.

the procurement of a flood policy do not give rise to federal jurisdiction.  See, *Pendergast v. State Farm Fire & Cas. Co.*, 2006 WL 3469635 (E.D.La.); *Rizzuto v. Bianchini*, 2006 WL 3332832 (E.D.La.); *Seruntine v. State Farm Fire & Cas. Co*., 444 F.Supp.2d 698 (E.D.La. 2006).

Accordingly,

IT IS ORDERED that the plaintiffs' motion to remand is GRANTED.  This matter is hereby REMANDED to the Civil District Court for the Parish of Orleans, State of Louisiana for lack of jurisdiction under 28 U.S.C. § 1147(c).

New Orleans, Louisiana this 3rd day of January, 2007.

                                      HELEN G. BERRIGAN
                                      UNITED STATES DISTRICT JUDGE